**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00618-CR

**JONES, SAMUEL LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F11-14842-H**

## ORDER

Appellant Samuel Lee Jones's May 15, 2013 motion to extend time to file a reply brief is **GRANTED**, and the reply brief received on May 10, 2013 is **ORDERED** filed as of the date of this order.


/s/     MICHAEL J. O'NEILL
PRESIDING JUSTICE